## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

JODY SCIAMANNA AND JOSEPH SCIAMANNA

v.

GP-FAIRGROUNDS SQUARE, L.P., FAIRGROUNDS SQUARE MANAGEMENT, INC., FIRST UNION MANAGEMENT, INC.,JAGER MANAGEMENT, INC., AND U.S. SECURITY ASSOCIATES, INC.

PETITION OF: JODY SCIAMANNA

: No. 296 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.